IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                                                            22-mj-124

PAYTON GENDRON,

                        Defendant.

---

## PETITION AND ORDER FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

TO:  THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

      The Petition of the United States Attorney for the Western District of New York respectfully states:

      The defendant, PAYTON GENDRON, was involved in crimes against the United States, namely, violations of 18 U.S.C. §§ 249(a)(1) (hate crime resulting in death and hate crime involving bodily injury and attempt to kill), 924(c)(1)(A)(iii) and 924(j)(1) (use of a firearm to commit murder during and in relation to a crime of violence), and 924(c)(1)(A)(iii) (use and discharge of a firearm during and in relation to a crime of violence).  He is incarcerated at Erie County Holding Center, at Buffalo, New York.  His presence is required in the United States Magistrate Court at Buffalo, New York, for an initial appearance.

**WHEREFORE,** your petitioner requests that the Clerk be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the Federal Bureau of Investigation to take said defendant into their custody and bring him before the United States Magistrate Court, City of Buffalo, New York, on **June 16, 2022, at 10:30 a.m.,** and, thereafter, said defendant is to be returned to his place of confinement.

DATED:   Buffalo, New York, June 15, 2022.

                                          TRINI E. ROSS
                                          United States Attorney

BY:  _____
             JOSEPH M. TRIPI
             Assistant United States Attorney
             United States Attorney's Office
             Western District of New York
             138 Delaware Avenue
             Buffalo, New York   14202
             716/843-5839
             Joseph.Tripi@usdoj.gov

IT IS SO ORDERED:

_____
HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Judge

DATED:   June 15, 2022.